**DISMISS and Opinion Filed March 8, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00906-CV

### ISAAC SERUNJOJI, Appellant
### V.
### CHATEAU DE VILLE, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-03883-B**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Molberg
Opinion by Chief Justice Burns

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated August 9, 2018, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that the failure to do so would result in dismissal of this appeal. Also by postcard dated August 9, 2018, we informed appellant the docketing statement in this case was due and cautioned him that the failure to file the docketing statement within ten days might result in a dismissal of this appeal without further notice.

On October 10, 2018, we notified the Dallas County Clerk that the clerk's record was past due and instructed the clerk to file the record. When it was not filed, we then ordered the Dallas County Clerk to file (1) the clerk's record or (2) written verification appellant had not paid or made arrangements to pay for the record and appellant had not been found entitled to proceed without

payments of costs. In the order, we cautioned appellant that we would dismiss the appeal without further notice if we received verification from the clerk that appellant had not paid or made arrangements to pay for the record. By letter dated February 22, 2019, the Dallas County clerk informed the Court that the record had not been filed because appellant had not paid or made arrangements to pay for the record. That same day, we again notified appellant, directing him to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation he had been found entitled to proceed without payment of costs. We also cautioned him that if the Court did not receive the required documentation within ten days, the Court would dismiss the appeal for want of prosecution without further notice. To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

180906F.P05

–2–



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

ISAAC SERUNJOJI, Appellant

No. 05-18-00906-CV     V.

CHATEAU DE VILLE, Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-18-03883-B.
Opinion delivered by Chief Justice Burns, Justices Whitehill and Molberg participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee CHATEAU DE VILLE recover its costs, if any, of this appeal from appellant ISAAC SERUNJOJI.

Judgment entered March 8, 2019